**Otha Eric TOWNSEND, Appellant,**

v.

**Sharon JACKS, Assistant Public Defender, Individual and Official Capacity, also known as Sharon Jackson, Appellee.**

No. 11–1023.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 27, 2011.

Filed: June 3, 2011.

Otha Eric Townsend, Bayport, MN, pro se.

John Steven Garry, Assistant Attorney General, Attorney General's Office, St. Paul, MN, for Appellee.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

PER CURIAM.

Minnesota inmate Otha Eric Townsend appeals the district court's [1] order dismissing his 42 U.S.C. § 1983 action against his former state public defender. After careful de novo review, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per cu-

---

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota,

adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

riam), we agree with the district court that Townsend failed to state a claim because the public defender was not acting under color of state law when representing Townsend, *see Polk Cnty. v. Dodson*, 454 U.S. 312, 325, 102 S.Ct. 445, 70 L.Ed.2d 509 (1981).

Accordingly, we affirm. *See* 8th Cir. R. 47B.